**Writ of Mandamus Denied, Opinion Filed November 5, 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01478-CV

## IN RE CAROL SOLOMON, Relator

**On Appeal from the 196th Judicial District Court
Hunt County, Texas
Trial Court Cause No. 76,070**

## MEMORANDUM OPINION

Before Justices Bridges, O'Neill, and Murphy
Opinion by Justice Bridges

In this original mandamus proceeding, relator asks that this Court order the trial court to immediately vacate its judgment of October 18, 2012 and to enter an appropriate judgment consistent with chapter 21 of the Texas Local Government Code. The facts and circumstances of the case are known to the parties and we do not recount them herein. Based on the record before the Court, we conclude relator has not shown she is entitled to the relief requested. *See In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). We deny relator's petition for writ of mandamus.

DAVID L. BRIDGES
JUSTICE

121478F.P05